# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

United States of America,

      Plaintiff,   Case No. 24-cr-20191

v.           Judith E. Levy
             United States District Judge
Anthony Roland Lister Leeds,

           Mag. Judge David R. Grand
       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [57]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation regarding restitution. (ECF No. 57.) The parties were required to file specific written objections, if any, within fourteen days of service. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59; E.D. Mich. LR 72.1(d). No objections were filed. Accordingly,

The Report and Recommendation (ECF No. 57) is ADOPTED.

IT IS SO ORDERED.

Dated: April 24, 2025    s/Judith E. Levy
  Ann Arbor, Michigan   JUDITH E. LEVY
           United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 24, 2025.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager